# United States District Court
## EASTERN DISTRICT OF CALIFORNIA



United States of America )
vs. ) Case No. 1:18CR00096-LJO-SKO
)
Robin Lamont Thompson )

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, Robin Lamont Thompson, have discussed with Elizabeth Gutierrez, Pretrial Services Officer, modifications of my release conditions as follows:

> You must submit to drug and/or alcohol testing as approved by the pretrial services officer. You must pay all or part of the costs of the testing services based upon your ability to pay, as determined by the pretrial services officer.

All other conditions not in conflict with this order shall remain in full force and effect.

I consent to this modification of my release conditions and agree to abide by this modification.

_____ 9.27.18   _____ 8/20/2018
Signature of Defendant    Date       Signature of Pretrial Services Officer   Date

I have reviewed the conditions and concur that this modification is appropriate.

_____            9/18/18
Signature of Assistant U.S. Attorney   Date

I have reviewed the conditions with my client and concur that this modification is appropriate.

_____            8/28/18
Signature of Defense Counsel          Date

### ORDER OF THE COURT

[X] The above modification of conditions of release is ordered, to be       9/18/18
[ ] The above modification of conditions of release is *not* ordered.

_____            9/18/18
Judicial Officer Signature            Date

cc: U.S. Attorney's Office, Defense Counsel, Pretrial Services