# United States District Court
## EASTERN DISTRICT OF CALIFORNIA


FILED
APR 02 2019
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

United States of America )
vs. ) Case No. 1:18-CR-00096-LJO-SKO-1
Robin Lamont Thompson )
)

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, __Robin Lamont Thompson__, have discussed with __Ryan Beckwith__, Pretrial Services Officer, modifications of my release conditions as follows:

The condition requiring the defendant to participate in the CURFEW component of the Location Monitoring Program is removed.

All other conditions not in conflict with this order shall remain in full force and effect.

I consent to this modification of my release conditions and agree to abide by this modification.

X _[signature]_   X 1-28-19          _[signature]_ Ryan Beckwith   1-30-19
Signature of Defendant    Date        Pretrial Services Officer Services   Date

I have reviewed the conditions and concur that this modification is appropriate.

_[signature]_                          2 April 2019
Signature of Assistant United States Attorney    Date
Vincenza Rabenn

I have reviewed the conditions with my client and concur that this modification is appropriate.

_[signature]_                          4/1/19
Signature of Defense Counsel           Date
Steven Crawford

### ORDER OF THE COURT

☒ The above modification of conditions of release is ordered, to be effective on  4/2/2019
☐ The above modification of conditions of release is *not* ordered.

_[signature]_                          4/2/2019
Signature of Judicial Officer          Date

cc: U.S. Attorney='s Office, Defense Counsel, Pretrial Services