STEVEN L. CRAWFORD #166488
Law Office of Steven L. Crawford
192 North 11th
Grover Beach, CA 93433
Tel: 805-458-6312
Fax: 805-489-2001


Attorney for Defendant
    ROBIN LAMONT THOMPSON

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>  vs.<br><br>ROBIN LAMONT THOMPSON,<br><br>      Defendant. | Case No. 1:18CR00096 LJO<br><br>STIPULATION AND ORDER CHANGING SENTENCING DATE AND RELATED PSR DATES<br><br>Judge: Honorable LAWRENCE J. O'NEILL<br><br>12/16/2019 |

TO: THE HONORABLE LAWRENCE J. O'NEILL, Presiding Justice, Eastern District of California.

    IT IS HEREBY STIPULATED by and between the parties in this action that the current dates set for the final PSR to be distributed to counsel and the Court, formal objections and the sentencing hearing be vacated and changed to the following:

Final report due to court—January 6, 2020

-Formal objections due January 20, 2020; and

-Sentencing set for January 27, 2020 at 10:00 a.m. or as soon thereafter as is convenient for the court.

- 1

This stipulation is needed based on the fact that there are several documents and files that Defense Counsel is gathering regarding the alleged prior in this case and for both parties to be able to respond and do their own investigation. It is believed that this case and its sentencing is somewhat complicated and the additional time will be needed.

I believe that time has been waived in this matter but out of an abundance of caution, the defendant, Robin Thompson, hereby waives time for sentencing up to and including the new date of January 27, 2020.

Respectfully submitted,

        /S/ Steven L. Crawford
STEVEN L. CRAWFORD, Attorney for Robin Thompson

        /s/ Vincenza Rabenn
Vincenza Rabenn, Assistant United States Attorney

IT IS GRANTED.

IT IS SO ORDERED.

Dated: **December 1, 2019**       **/s/ Lawrence J. O'Neill**
UNITED STATES CHIEF DISTRICT JUDGE